AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BENNETT, MARK W | USDC/Northern District of Iowa | 07/6/2006 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Chief Judge

**5a. Report Type** (check appropriate type)

☐ Nomination,    Date

☐ Initial    ☒ Annual    ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**
01/01/2005
to
12/31/2005

**7. Chambers or Office Address**

313 United States Courthouse
320 Sixth Street
Sioux City, IA 51101

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 JUL 13 A 10: 56
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | Aspen Publishing | $ 4500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Conference Institute -- Emp. Practices Liability Ins. Sem., New York, NY | 1/31-2/2 airfare, lodging, meals |
| 2. Alaska Bar Association CLE, Anchorage, Alaska | 2/26-3/2 airfare, lodging, meals |
| 3. EEOC Midwinter Meeting, Naples, Florida | 4/5-4/9 airfare, lodging, meals |
| 4. Upper Midwest Employment Law Institute, St. Paul, Minnesota | 6/2-6/3 airfare, lodging, meals |
| 5. NELI Conference, San Francisco, California | 6/9-6/11 airfare, lodging, meals |
| 6. NELI Conference, Washington, DC | 6/16-6/18 airfare, lodging, meals |
| 7. 2005 Sixteenth Annual Convention of the NELA, Philadelphia, Pensylvannia | 6/23-6/26 airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

| | |
|---|---|
| 8. ABA Section of Labor and Employment Law Annual Meeting, Chicago, IL | 8/7-8/8 airfare, lodging, meals |
| 9. Death Penalty Workshop, Dallas, TX | 8/10-8/12 airfare, lodging, meals |
| 10. Regional Meeting for International Association of Defense Counsel, Des Moines, IA | 9/21-9/22 mieage, lodging, meals |
| 11. Iowa Defense Counsel Meeting and Semianr, Des Moines, IA | 9/22-9/23 mileage, lodging, meals |
| 12. Alabama State Bar Labor and Employment Law Section Annual Mtg, Destin, FL | 10/7-10/9 airfare, lodging, meals |
| 13. State Bar of Wisconsin Employment Law CLE, Milwauke/Madison, WI | 10/12-10/14 airfare, lodging, meals |
| 14. Patent Law Semianr, Chicago, IL | 10/19-10/20 airfare, lodging, meals |
| 15. Federal Practice Seminar, Des Moines, IA | 12/1-12/2 mileage, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Funds (IRA) | | | | | | | | | |
| 2. Aim Global Health Care (See Notes) | | None | J | T | | | | | |
| 3. Aim Health Sciences Fund (See Notes) | | | | | | | | | |
| 4. Allianz RCM Biotech (See Notes) | | None | | | Sale | 11/9 | J | C | |
| 5. Bjurman Micro Cap. | | None | | | Sale | 1/18 | J | D | |
| 6. Buffalo Small Cap Fund | A | Dividend | J | T | Partial Sale | 8/22 | J | B | |
| 7. | | | | | Partial Sale | 10/24 | J | B | |
| 8. Cambiar Opportunity Fund | A | Dividend | J | T | Buy | 1/12 | | | |
| 9. | | | | | Buy | 1/19 | | | |
| 10. | | | | | Partial Sale | 7/21 | J | B | |
| 11. | | | | | Partial Sale | 9/6 | J | D | |
| 12. | | | | | Partial Sale | 11/9 | J | C | |
| 13. Excelsior Value and Restructuring Fund | A | Dividend | J | T | | | | | |
| 14. Harding Loevner Merging | A | Dividend | J | T | Buy | 9/7 | J | | |
| 15. Hennesy Cornerstone (See Notes) | B | Dividend | J | T | Partial Sale | 9/26 | J | B | |
| 16. Rainier Small/Mid Cap Equity Portfolio | A | Dividend | J | T | | | | | |
| 17. RS Internet Age Fund | | None | | | Sale | 1/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Hedged Equity | A | Dividend | J | T | Buy | 11/10 | | | |
| 19. | | | | | Buy | 11/10 | | | |
| 20. TCW Galileo Value Oppty | A | Dividend | J | T | | | | | |
| 21. Wasatch Core Growth Fund | A | Dividend | J | T | Partial Sale | 4/22 | J | C | |
| 22. | | | | | Partial Sale | 6/20 | J | B | |
| 23. | | | | | Partial Sale | 9/6 | J | C | |
| 24. | | | | | Partial Sale | 12/19 | J | B | |
| 25. Wasatch Global Tech Fund | | None | | | Sale | 1/13 | J | D | |
| 26. Wasatch Internationl Growth Fund | | None | J | T | Buy | 9/7 | J | | |
| 27. Stocks (IRA) | | | | | | | | | |
| 28. JDS Uniphase Corporation | | None | J | T | | | | | |
| 29. Michael's Stores | | Dividend | J | T | Partial Sale | 11/21 | J | B | |
| 30. Surebeam Corp. | | None | J | T | | | | | |
| 31. Schwab Money Market Fund (IRA) | | None | J | T | | | | | |
| 32. Non IRA Assets and Investment Activity | | | | | | | | | |
| 33. Allianz RCM Biotech Fund Class (see notes) | | None | J | T | | | | | |
| 34. ANTX | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cisco | | None | J | T | | | | | |
| 36. Janus Mercury (see notes) | | None | | | | | | | |
| 37. JDS Uniphase | | None | J | T | | | | | |
| 38. Michael's Stores | A | Dividend | J | T | | | | | |
| 39. Price Legacy Corp. (see notes) | | None | | | | | | | |
| 40. Strong Blue Chip (see notes) | | None | | | | | | | |
| 41. Surebeam Corp. | | | J | T | | | | | |
| 42. Wasatch Core Growth | A | Dividend | J | T | | | | | |
| 43. WasatchUltra Growth | | None | J | T | | | | | |
| 44. Williams Co's Inc. | A | Dividend | J | T | Part Sale | 3/18 | J | | |
| 45. Miscellaneous Holdings | | | | | | | | | |
| 46. Iowa College Savings Account-- Mark Bennett custodian | | None | K | T | Contribute | | J | | |
| 47. Iowa College Savings Account .. Spouse custodian | | None | K | T | Contribute | | J | | |
| 48. CKG ACCT; Fidelity, Boston MA | B | Interest | J | T | | | | | |
| 49. Wells Fargo Checking Account (see notes) | A | Interest | J | T | | | | | |
| 50. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | | | |
| 51. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Belcour Pension Invest VI | | None | J | T | | | | | |
| 53. LMTD PTRSHIP; Riverfront Ass'n; Des Moines, | | None | J | W | | | | | |
| 54. LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 55. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| 56. LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 57. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 58. IRA ███████ | | | | | | | | | |
| 59. Aim International Emerging Growth | | None | K | T | Buy | 1/3 | J | | |
| 60. | | | | | Buy | 9/14 | J | | |
| 61. Allianceber International | A | Dividend | J | T | Buy | 1/7 | J | | |
| 62. Berkshire Hathaway Inc DEL CL B | | None | K | T | | | | | |
| 63. CamBiar Opportunity Instl. | | None | J | T | Buy | 1/5 | J | | |
| 64. | | | | | Part Sale | 9/7 | J | B | |
| 65. Constellation Tip Small Cap | | None | | | Buy | 9/12 | J | | |
| 66. | | | | | Sale | 12/16 | J | | |
| 67. FBR Small Cap Class | | | J | T | Buy | 1/5 | J | | |
| 68. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Emerging Markets | A | Dividend | J | T | Buy | 9/8 | J | | |
| 70. | | | | | Buy | 12/19 | J | | |
| 71. Fidelity New Millenium | | None | J | T | Part Sale | 1/4 | J | | |
| 72. | | | | | Part Sale | 9/7 | J | A | |
| 73. Fidelity Select Biotechnology | | None | | | Part Sale | 9/7 | J | | |
| 74. | | | | | Sale | 9/9 | J | | |
| 75. Fidelity Select NWK & Infrastructure | | None | J | T | Part Sale | 9/7 | J | A | |
| 76. Fidelity Large Cap Value Fund (see notes) | A | Dividend | J | T | | | | | |
| 77. Harding Loevner Emerging Market | A | Dividend | J | T | Buy | 9/8 | J | | |
| 78. | | | | | Buy | 12/19 | J | | |
| 79. International Business Machine | A | Dividend | J | T | | | | | |
| 80. JP Morgan Emerging Market Debt Select | A | Dividend | J | T | Buy | 9/8 | J | | |
| 81. Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 82. Neurberger Berman Partners Trust | | None | J | T | Buy | 9/12 | J | | |
| 83. Oakmark Equity & Income FD | | None | J | T | Part Sale | 19/7 | J | | |
| 84. The Olstein Financial Alert Fund (see notes) | | | | | | | | | |
| 85. Old Mutual Cap Fund (see notes) | A | Dividend | | | Part Sale | 9/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Part Sale | 9/9 | J | | |
| 87. | | | | | Sale | 12/16 | J | C | |
| 88. Wasatch Core Growth | A | Dividend | K | T | Part Sale | 9/7 | J | A | |
| 89. Wasatch Hoisington US | A | Dividend | J | T | Buy | 9/8 | J | | |
| 90. Wasatch Small Cap Value | A | Dividend | K | T | Part Sale | 9/7 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Aim Global Health Care (#2) was not listed as a mutual fund on the 2004 report. The 2005 Schwab Account Summary indicates that funds were reinvested into this account on 12/16/05

Aim Health Sciences Fund (#3) was listed on the 2004 report. The only transaction listed in the 2005 Schwab Account Summary for this account indicates a reinvestment of funds on 7/15/06 with a final net amount of (.03) and, as of December, the Account Summary shows this fund is no longer a part of the IRA. There is no definitive sale date listed in the records.

Allianz RCM Biotech (#4 and #33) was listed on the 2004 report as "Pimco RCM Biotechnology Class D" (IRA fund) and Dresdner RCM Biotech (Non-IRA fund)

Hennesy Cornerstone (#15) was listed on the 2004 report as "Henlopen Fund".

Janus Mercury (#36) was completely sold in 2004.

Price Legacy (#39) was completely sold in 2004.

Strong Blue Chip (#40) was completely sold in 2004.

The "Wells Fargo checking Account" (#49) was listed as "Norwest Checking Account" in the 2004 report.

Fidelity Large Cap Value Fund (#76) was listed on the 2004 report as "Fidelity Structured Large Cap Value Fund".

The Olstein Financial Alert Fund (#84) was completely sold in 2004.

Old Mutual Mid Cap Fund (#85) was listed on the 2004 report as "PBHG Mid Cap Fund"

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 07/6/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ 7/7/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544